# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2015

Robert P. Young, Jr.,
Chief Justice

150887-8(50)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

IN RE ATTORNEY FEES OF JOHN W. UJLAKY
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN DOUGLAS SIMPSON,
      Defendant,
and

JOHN W. UJLAKY,
      Appellant.
_____/

SC: 150887
COA: 316494
Kent CC: 11-002833-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GILBERTO DELAROSA,
      Defendant,
and

JOHN W. UJLAKY,
      Appellant.
_____/

SC: 150888
COA: 316809
Kent CC: 05-011853-FH

On order of the Chief Justice, the motions to waive fees filed by attorney John W. Ujlaky are GRANTED as to these cases only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2015

